IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

SEP 1 2 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

v.

Criminal No. 1:19cr58    TSK

RICHARD W. WILKINSON,

Violations:   18 U.S.C. § 922(g)(3)
              18 U.S.C. § 924(a)(2)

Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Unlawful Possession of a Firearms as Drug User)

On or about August 7, 2015, in Harrison County, in the Northern District of West Virginia, defendant **RICHARD W. WILKINSON**, who is an unlawful user of and addicted to controlled substances, that is marijuana and heroin, did knowingly possess in and affecting commerce firearms, that is a Smith and Wesson pistol, model M&P9C, 9mm, and a Marlin rifle, model 917VRX-17, .17HMR caliber; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

WILLIAM J. POWELL
United States Attorney